**Petition for Writ of Mandamus Denied, Motion for Emergency Relief Denied as Moot, and Memorandum Opinion filed October 9, 2014.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00802-CR
NO. 14-14-00803-CR
NO. 14-14-00804-CR

## IN RE TIFFANY DAVIS AND NAYAJAH DAVIS, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**262nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1412474, 1412475, 1412476**

## MEMORANDUM OPINION

On October 7, 2014, relators Tiffany Davis and Nayajah Davis filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Denise Bradley, presiding judge of the 262nd District Court of Harris County, to vacate a purported order granting a motion to quash a subpoena duces tecum filed

by real party in interest Harris County Precinct One Constable's Office. Also on October 7, 2014, relators filed a motion for emergency relief, asking this court to stay the trial scheduled in the underlying proceedings pending this court's consideration of relators' petition.

Relators have not satisfied their burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny as moot relators' motion for emergency relief.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).